JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

February 10, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORVILLE DEVLUGT,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART STORES, INC. a Delaware Corporation; WAL-MART ASSOCIATES, INC., a Delaware Corporation, and DOES 1 - 50, INCLUSIVE,<br><br>    Defendants. | Case No. 5:16-cv-01369-SJO (JPRx)<br><br>Assigned to: Hon. S. James Otero<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against all parties. Each party is to bear their own attorneys' fees and costs.

DATED: __2/10/17__      _S. James Otero_
                                                    HON. S. JAMES OTERO
                                                    UNITED STATES DISTRICT JUDGE